**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DAMON KETCHENS,

Petitioner,

v.

MARTY C. ANDERSON, Warden,

Respondent.

Civil No. 01-939(JRT/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner confined at the Federal Correctional Facility, Sandstone, Minnesota, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that Respondent is wrongly extending the duration of his confinement as a result of various errors committed by the U.S. Parole Commission.

Respondent is directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true cause for the expected duration of Petitioner's confinement and shall show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of the expected duration of Petitioner's confinement in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondent's legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of statutes and other pertinent authority; and



FILED JUN 1 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. A certified copy of any prison records, Parole Commission records, or other written materials that are germane to the issues raised in the petition.

The Court will entertain a motion to grant the relief requested in the Petition if the written return contemplated by this Order is not timely filed.

Also before the Court at this time is Petitioner's Application for leave to proceed in forma pauperis, ("IFP"). (Docket No. 2.) That Application will be GRANTED.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondent shall file a written return to Petitioner's habeas corpus petition consistent with the requirements of this order within 20 days from the date of this order.

**IT IS FURTHER ORDERED THAT** Petitioner's Application for leave to proceed in forma pauperis, (Docket No. 2), is GRANTED.

Dated: June 12, 2001

E.S. SWEARINGEN,
United States Magistrate Judge