ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-939(JRT/ESS)

| | | |
|---|---|---|
| DAMON KETCHENS, Petitioner, | ) | |
| v. | ) | ORDER |
| MARTY C. ANDERSON, Warden, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to the Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED, that the government's Motion is GRANTED, and that the Respondent shall be granted until July 27, 2001, to prepare and submit their Response to the Petition.

Dated: July 11, 2001

E.S. Swearingen
E.S. SWEARINGEN
United States Magistrate Judge

FILED JUL 11 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________