# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Damon G. Ketchens

v.

Marty C. Anderson, Warden

Case No. Civil 01-939 JRT/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court overrules petitioner's objections and adopts the Report and Recommendation of the Magistrate Judge. Petitioner's motion for habeas corpus relief under 28 U.S.C. 2241 is denied. Petitioner's application for habeas corpus relief is dismissed with prejudice.

DATE: March 31, 2002

RICHARD D. SLETTEN, CLERK

Cynthia J. Francis

Cynthia J. Francis, Deputy Clerk

(14)